IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) | Civ. No. 05-CV-563 (GMS) Civ. No. 05-CV-688 (GMS) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the above-captioned appeals are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: November 28, 2006

_____
Thomas G. Macauley (ID No. 3411)
Elizabeth D. Power (ID No. 4135)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(302) 427-0400

_____
Laurie Polleck (ID No. 4300)
JASPAN SCHLESINGER HOFFMAN
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

| | |
|---|---|
| - and - | - and - |
| Michael L. Cook, Esquire<br>David M. Hillman, Esquire<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000 | Mark A. Phillips, Esquire<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635 |
| Attorneys for Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC and Dunlop Sports Group Americas, Inc. | Attorneys for SGP Acquisition, LLC |

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan & Aronoff LLP

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of SGP Acquisition, LLC

William E. Coughlin, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis Capital

IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

_____
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

_____
Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

_____
William E. Coughlin, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital


IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

———————————————
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

———————————————
Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

/s/ James M. Lawniczak
———————————————
James M. Lawniczak, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital

IT IS SO ORDERED this ____ day of November 2006.

———————————————
Clerk of the District Court
for the District of Delaware

2